

Hi Kendria! ▾ Sell | My eBay 2

spyderco All Categories ▼

eBay › Browse All › Spyderco

# Spyderco

Shop by Category

- Collectibles
- Sporting Goods
- Crafts
- Home & Garden
- Business & Industrial

Blade Edge see all

- Plain
- Serrated
- Combination
- Not Specified

Color see all

- Black
- Blue
- Brown
- Gray
- Green
- Orange
- Silver
- Yellow

Blade Range see all

- Under 2.75in.
- 2.76 - 4in.

Type see all

- Pocketknife
- Tactical

Dexterity see all

- Right-Handed
- Ambidextrous

Lock Type see all

## Welcome to the new eBay shopping experience

If you prefer, just view search results.

## Save on Spyderco ⓘ

Spyderco Squeak Knife Titanium Handle Elmax Plain…
$109.99
Trending at $133.47

SPYDERCO Black SAGE 5 Straight CPM-S30V Folding…
$137.97
Trending at $143.28

Spyder
Stainles
$79.87
Trending

## Best Selling ⓘ

Exhibit 4, p. 1

| Blade Type | see all |
|---|---|

| Handle Material | see all |
|---|---|

| Condition | see all |
|---|---|

- ☐ New
- ☐ Used
- ☐ Not Specified

**Price**

- ☐ Under $45.00
- ☐ $45.00 to $100.00
- ☐ Over $100.00

$ [      ] - $ [      ] ▶

| Buying Format | see all |
|---|---|

- ⦿ All Listings
- ○ Auction
- ○ Buy It Now

| Item Location | see all |
|---|---|

- ⦿ Default
- ○ Within
  100 miles ▾ of  80212  ▶
- ○ US Only
- ○ North America
- ○ Worldwide

| Delivery Options | see all |
|---|---|

- ☐ Free Shipping
- ☐ Free In-Store PickUp

| Show only | see all |
|---|---|

- ☐ Returns Accepted
- ☐ Completed Items
- ☐ Sold Items

More refinements...

---

**Spyderco Black Brend Pirela Mamba Carbon Plain Folding...**
★★★★★ (4)

Trending Price
**$326.97** New

---

## Results in Spyderco
1-25 of 6,146

**Spyderco Byrd Tern Slipit Black G-10 Plain Edge Folding Knife BY23GP New w/box**
SPYDERCO BYRD TERN SLIPIT PLAIN BLADE. Overall length 6.49" (16.5 cm)3 5/8" (9.21 cm) closed...

**$15.51**
Free shipping

🏅 Top Rated Plus
Brand: Spyderco

---

**Spyderco C122GPBL Tenacious Sprint Run Folding Knife Folder G10 Blue Handle**
A Must Have for the Spyderco Collector - Limited Run
★★★★★ 3 product ratings

**$45.99**
Was: $64.99
Free shipping
116 watching
See more like this

Brand: Spyderco

---

**Spyderco 122GPBGR Tenacious Folder Folding Linerlock Knife Green G10 Handle**
A Distinctive Knife Made With High Quality Materials!
★★★★★ 1 product rating

**$48.18**
Was: $65.99
Free shipping
139 watching
See more like this

🏅 Top Rated Plus
Brand: Spyderco

---

**Spyderco Byrd Cara Cara 2 8Cr13MoV Plain Edge Stainless Handle Knife BY03P2**
Model BY03P2. 8Cr13MoV plain edge blade thumb slot

Exhibit 4, p. 2



and jimped thumb ridge. Steel: 8Cr13MoV. Blade…

★★★★★ 7 product ratings

$28.49      🏅 Top Rated Plus
Free shipping      Brand: Spyderco
5% off 2+

See more like this

---

### Spyderco 3.42" SLYSZ Bowie Folding Knife - Titanium Handle (C186TIP) - BRAND NEW



The Slysz Bowie Folder is Spyderco's second collaboration with Polish knife maker Marcin Slysz. A…

★★★★★ 2 product ratings

$275.00       Top Rated Plus
Trending at $299.97 ⓘ      Brand: Spyderco
Free shipping
11 watching

See more like this

---

### SPYDERCO Dark Blue G-10 PARA-MILITARY 2 II Plain Edge Folding Knife! C81GPDBL2



Model: C81GPDBL2. This Spyderco Paramilitary 2 Knife is amazing! It has a G-10 handle with a CPM-…

★★★★★ 8 product ratings

$149.97       Top Rated Plus
Free shipping      Brand: Spyderco
20 watching

See more like this

---

### SPYDERCO Black BREND PIRELA MAMBA Carbon Plain Folding Knife + Case! C196CFTIP



Model: C196CFTIP. This Spyderco Brend Pirela Mamba Knife is amazing! It has a satin finished S30V..

★★★★★ 4 product ratings

$323.97       Top Rated Plus
Free shipping      Brand: Spyderco
Only 1 left!

See more like this

---

### Spyderco Delica 4 FRN Zome Green Folder VG-10 Plain Edge camouflage C11ZFPGR NEW



His Spyderco Delica 4 knife has a Zome green FRN handle and a full-flat ground VG-10 stainless steel…

★★★★★ 9 product ratings

$65.99      Brand: Spyderco
Free shipping

See more like this

Exhibit 4, p. 3

See more like this



**SPYDERCO BYRD Black STARLING 2 Straight Plain Edge FOLDING Pocket Knife! BY12GP2**

Model: BY12GP2. This Spyderco Byrd Starling 2 Knife is amazing! It has a 8Cr13MoV stainless steel blade…

$26.97
Free shipping
7 watching
 Top Rated Plus
Brand: Spyderco

See more like this



**Spyderco Domino Blue Weave Knife C172CFBLTIP**

4 1/2" closed linerlock. 3" flat ground premium CTS-XHP steel blade with thumb hole pull and flipper. Soli…

$199.49
Was: $209.99
Free shipping
6 watching
 Top Rated Plus
Brand: Spyderco

See more like this



NEW LISTING **SPYDERCO Endura 4 Lightweight Combination Edge Knife, Black**

A NEW CLASSIC FOR SPYDERCO!! VG-10 STEEL!

$64.00
$3.89 shipping
or Best Offer
Brand: Spyderco

See more like this



**Spyderco Sage 5 C123CFPCL Carbon Fiber Handle w/S30V Steel Blade New in Box**

Spyderco Sage 5 - CPM S30V Blade w/ Carbon Fiber Handles -Compression Lock. Every knife in the series…

★★★★★ 5 product ratings

$137.97
Free shipping
Only 1 left!
 Top Rated Plus
Brand: Spyderco

See more like this



**Spyderco Leafstorm titanium frame lock new in box (MINT)**

New in box never used CPM -S30V very rare specially NIB. Made in Golden Colorado.

$350.00
or Best Offer
Brand: Spyderco

Exhibit 4, p. 4

Free shipping



### Spyderco C188ALTIP Serge Panchenko Dog Tag Folding Knife Chisel Ground Blade

A Distinctive Knife Made With High Quality Materials!

 1 product rating

See Price  Top Rated Plus
Was: $72.99 Brand: Spyderco
Free shipping
See more like this



### Spyderco Paramilitary 2 C81GP2 Plain Edge Satin Blade Black G10 S30V Authentic

Authentic Spyderco Paramilitary 2 C81GP2 - Black G 10 handle with Satin Blade - New in Box. Our 2010…

⭐⭐⭐⭐⭐ 3 product ratings

$125.97  Top Rated Plus
Free shipping Brand: Spyderco
240 sold
See more like this



### Spyderco M4 Military Jade Sprint run C36GM4P

Brand new in box. Only taken out to photograph. Blade is perfectly centered and lockup is solid.

$179.99 Brand: Spyderco
11 watching
$6.99 shipping

### Spyderco Paramilitary 2 - CPM-S110V Blue G10 Pocket Knife - C81GPDBL2

SP81GPDBL2 : C81GPDBL2 Paramilitary 2. The Spyderco Paramilitary2 tactical folding knife has…

 8 product ratings

See Price Top Rated Plus
Was: $249.95 Brand: Spyderco
Free shipping
Only 1 left!
See more like this



### Spyderco Rookie C51GPFG Foliage Green G-10 RARE..Discontinued ..sprint!!

Brand new RARE..rookie foliage green G-10...must be 18 to buy..ask before you bid..thanks

$199.00 Brand: Spyderco
$4.11 shipping

Exhibit 4, p. 5



**NEW LISTING** Spyderco Knife Paramilitary2 CPM S35VN Brown G10 C81GPBN2 New Unused

ONE SPYDERCO PARA-MILITARY2 (C81GPBN2). 3.4" long x. 141" thick flat-ground plain-edge CPM…

★★★★★ 1 product rating

$160.00
Trending at $175.00 ⓘ
Free shipping

 Top Rated Plus
Brand: Spyderco

See more like this



SPYDERCO Yellow Black SNAP-IT SALT Straight H-1 Steel Folding Knife NEW! C26PYL

Model: C26PYL. This Spyderco Snap-It Salt Knife is amazing! It has a satin finished H-1 stainless steel…

★★★★★ 1 product rating

$80.97
Trending at $83.33 ⓘ
Free shipping
**4 watching**

 Top Rated Plus
Brand: Spyderco

See more like this



NEW Spyderco C164GPBN Nilakka Ethnic Series Scandi Grind CPM S30V Blade & G-10

The Nilakka was designed by award-winning Finnish knifemaker Pekka Tuominen. Tuominen is one of the…

★★★★★ 1 product rating

$149.95
Free shipping
**Only 1 left!**

 Top Rated Plus
Brand: Spyderco

See more like this



**NEW LISTING** Spyderco Stretch Knife COPY

Up for sale is a CLONE of a Spyderco Stretch. D2 Steel bladeMade in China. Very nice knife. Feels just…

$39.00
$6.65 shipping
or Best Offer

 Brand: Spyderco



Spyderco Para 3 C223GPBK Knife, Black 3" Blade -Compact Paramilitary 2 Style

National Knives, LLC is a Factory Authorized Spyderco Dealer! For tactical end users who are concerned abo…

$125.97
Trending at $129.97 ⓘ

 Top Rated Plus
Brand: Spyderco

Exhibit 4, p. 6

Trending at $120.07
Free shipping
25 watching

Brand: Spyderco



Spyderco Para 3 C223GP Black G10 Scales - 2.95' S30V Blade Paramilitary NEW

Authentic Spyderco Para 3 C223GP - Black G10 w/ Satin Plain Edge S30V blade. C223GP Para™ 3. CP…

$119.97
Free shipping
49 sold

 Top Rated Plus
Brand: Spyderco



Spyderco Slycz Bowie C186TIP TItanium Framelock Knife CTS-XHP

• Spyderco Slycz Bowie • C186TIP • Titanium Frame Lock • CTS-XHP Blade Steel • with Box

$180.00
14 watching
$3.95 shipping

Brand: Spyderco

View all results



Got one to sell?
Get it in front of 160+ million buyers.

Guides



Most Popular Spyderco Knife
by karunnergirl

Based in Golden, Colorado, Spyderco has been manufacturing knives and tools for over 30 years. Spyderco is well known for…

Tell us what you think

Exhibit 4, p. 7

| About eBay | Announcements | Community | Security Center | Resolution Center | Seller Information Center | Policies |

Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice



Exhibit 4, p. 8